UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DENNIS MAURER, Individually,

    Plaintiff,

v.

Case No. 1:15-cv-5510-JBS-AMD

VILLAGE WALK LLC, a New Jersey
Limited Liability Compay,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon a Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff and the Defendant, be and the same is hereby approved;

2. The above-styped cause be and the same is hereby **DISMISSED** with prejudice.

DONE AND ORDERED in Chambers this 10th day of May, 2016.

_____
JEROME B. SIMANDLE
Chief U.S. District Judge